UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

          Petitioner,

   v.

UNITED STATES OF AMERICA et al.,

          Respondents.

Case No. C21-1186-RAJ-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

   (1)   The Court ADOPTS the Report and Recommendation;

   (2)   This action is DISMISSED without prejudice;

   (3)   The Clerk is directed to send copies of this Order to the parties and to the Honorable S. Kate Vaughan.

Dated this 9th day of March, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1